

IN THE
TENTH COURT OF APPEALS

No. 10-14-00392-CV

WILLIAM M. WINDSOR,

Appellant

v.

SEAN D. FLEMING,

Appellee

From the 378th District Court
Ellis County, Texas
Trial Court No. 88611

ORDER

William M. Windsor's Request for Scheduling Order is denied. The Court has

provided Windsor with a schedule of deadlines for past due items. The Texas Rules of

Appellate Procedure provides the deadlines for any future filings.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Request denied
Order issued and filed June 18, 2015

